# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Principal Life Insurance Company

                Plaintiff,

v.

Barbara A. Shackelford, et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01173-JAD-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of the plaintiff and against defendant Barbara A. Shackelford.

4/11/2019
_____
Date

    DEBRA K. KEMPI
_____
Clerk

    /s/ D. Cacciabaudo
_____
Deputy Clerk